957 A.2d 1169

SHRENIK BAVISHI, PLAINTIFF–PETITIONER, v. MITCHELL
MELNIKOFF, ESQ., DEFENDANT–RESPONDENT.

September 5, 2008.

Denied.